## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASAD MUNYE, | : | |
|     **Plaintiff** | : | **No. 1:24-cv-01596** |
| | : | |
| **v.** | : | **(Judge Kane)** |
| | : | |
| **ROADRUNNER SERVICES, LLC,** | : | |
| **DIRECT AUCTION SERVICES, LLC,** | : | |
| **DAN MAGON, and AMERICAN AUTO** | : | |
| **AUCTION GROUP, LLC d/b/a XLERATE** | : | |
| **GROUP,** | : | |
|     **Defendants** | : | |

## ORDER

**AND NOW**, on this 7th day of January 2025, upon consideration of Plaintiff Asad Munye ("Plaintiff")'s motion to remand (Doc. No. 7), all briefing associated with the motion and all supporting papers, and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's motion to remand (Doc. No. 7) is **GRANTED**; and

2. The Clerk of Court is directed to **REMAND** the case to the Court of Common Pleas of Dauphin County, Pennsylvania and to **CLOSE** the above-captioned case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania